KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MELVIN THAYNE,<br>    Defendant. | No. CR 05-00229 WDB<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM MAY 20, 2005 TO JUNE 20, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an appearance date of June 20, 2005 at 10:00 a.m. before Judge Wayne D. Brazil for change of plea or trial setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 20, 2005, to June 20, 2005. The parties agree, and the Court finds and holds, as follows:

    1. The defendant is out of custody.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need of defense counsel for time to effectively prepare this case. Defense counsel needs to conduct additional investigation and consult with his client.

    3. Counsel for the defense believes that the exclusion of time is in his client's best interest.

1  4. Given these circumstances, the Court finds that the ends of justice served by excluding the
2  period from May 20, 2005, to June 20, 2005, outweigh the best interest of the public and the
3  defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
4  5. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date
5  before Judge Wayne D. Brazil on June 20, 2005, at 10:00 a.m., and (2) orders that the period
6  from May 20, 2005 to June 20, 2005 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).
8
9  STIPULATED:
10
11 DATED: 5-24-05
12                                            JOHN PAUL REICHMUTH
                                               Attorney for Defendant
13
14 DATED: 5/20/05
15                                            KIRSTIN M. AULT
                                               Assistant United States Attorney
16
    IT IS SO ORDERED.
18
19 DATED: May 31, 2005              /S/ WAYNE D. BRAZIL
                                     WAYNE D. BRAZIL
20                                   United States Magistrate Judge
21
22
23
24
25
26
27
28