1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division

4  CANDICE JAN (CASBN 225749)
   Special Assistant United States Attorney

5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612-5217
   Telephone: (510) 637-3699
7  Fax: (510) 637-3724
   Email:Candice.Jan@usdoj.gov
8
   Attorneys for Plaintiff
9

                    **FILED**

                    JUN 2 0 2005

                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR 05-00229 WDB
14                                     )
        Plaintiff,                     )
15                                     )   EXPLANATION OF PRE-JUDGMENT
   v.                                  )   PROBATION UNDER 18 U.S.C. § 3607
16                                     )
   MELVIN E. THAYNE,                   )
17                                     )
        Defendant.                     )
18 _____ )

19     On June 20, 2005, the defendant in the above-captioned matter entered a guilty plea to

20 possession of methamphetamine and was placed on pre-judgment probation pursuant to 18

21 U.S.C. § 3607. Under 18 U.S.C. § 3607, the court may, with the defendant's consent, find him

22 guilty of a controlled substance offense and place him on probation for a one-year term without

23 entering a judgment of conviction. At any time before the term of probation ends, if the

24 defendant has not violated a condition of his probation, the Court may, without entering a

25 judgment of conviction, dismiss the proceedings against the defendant and discharge him from

26 probation.

27     The parties agree that at the expiration of the term of probation, if the defendant has not

28 violated a condition of his probation, the Court shall, without entering a judgment of conviction,

PREJUDGEMENT PROBATION EXPLANATION
CR 05-00229 WDB

1  dismiss the proceedings against the defendant and discharge him from probation.  However, if
2  the defendant violates a condition of hIS probation, the Court shall proceed in accordance with
3  the probation revocation proceedings to 18 U.S.C. § 3565.
4  SO STIPULATED.

6  DATED: 6/20/05

   _____
   CANDICE JAN
   Special Assistant United States Attorney

9  DATED: 6/20/05

   _____
   JOHN REICHMUTH
   Attorney for Melvyn E. Thayne

PREJUDGEMENT PROBATION EXPLANATION
CR 05-00229 WDB                                2