1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12TH St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 1-510-637-3500

5  Counsel for Defendant THAYNE

**FILED**

MAY 2 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-00229-WDB |
| v. | ) | |
| MELVIN THAYNE | ) | ORDER DISMISSING CASE PURSUANT TO 18 U.S.C. § 3607 |
| Defendant. | ) | |

Based upon the stipulation of the parties, the plea agreement in this case, and the provisions of 18 U.S.C. § 3607(a), IT IS ORDERED that the above-numbered and entitled criminal action shall be and it is hereby DISMISSED. It is further

ORDERED that Mr. Thayne be DISCHARGED from pre-judgment probation. It is further

ORDERED that the disposition in this case "shall not be considered a conviction for the purpose of a disqualification or a disability imposed by law upon conviction of a crime, or for any other purpose." 18 U.S.C. § 3607(b).

Dated: 5-2-07

HON. WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF,
Probation, Marshal, Financial